## STACI DAVIS *v.* MANCHESTER HEALTH CENTER, INC.

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 60 (AC 24319), is denied.

*Kenneth J. Bartschi*, in support of the petition.

Decided May 4, 2005

## TIMOTHY A. CALABRESE *v.* COMMISSIONER OF CORRECTION

The petitioner Timothy A. Calabrese's petition for certification for appeal from the Appellate Court, 88 Conn. App. 144 (AC 24679), is denied.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Melissa L. Streeto Brechlin*, deputy assistant state's attorney, in opposition.

Decided May 4, 2005